United States District Court
Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    BOARD OF TRUSTEES OF THE                Case No.  19-cv-06011-MMC
     LABORERS HEALTH AND WELFARE
10   TRUST FUND FOR NORTHERN
     CALIFORNIA, et al.,
11                                           **ORDER ADOPTING REPORT AND
                    Plaintiffs,              RECOMMENDATION; GRANTING
12                                           PLAINTIFF'S MOTION FOR DEFAULT
           v.                                JUDGMENT**
13
     JS TAYLOR CONSTRUCTION, INC.,           Re: Doc. Nos. 18, 28
14
                    Defendant.
15

16         Before the Court is Magistrate Judge Sallie Kim's Report and Recommendation,

17   filed May 26, 2020, whereby said Magistrate Judge recommends the Court grant

18   plaintiff's motion for default judgment.  No objection to the Report and Recommendation

19   has been filed.

20         Having reviewed the matter de novo, the Court hereby ADOPTS the Report and

21   Recommendation in its entirety.[1]

22         Accordingly, plaintiff's motion for default judgment is hereby GRANTED, and

23

24         _____

25         [1] Although the Report and Recommendation, in its sections setting forth the
     underlying facts, contains several small typographical errors, namely, locating
     defendant's principal place of business in Alamo, California, rather than Manteca,
26   California, an omission of one of the dates through which interest is owed, and the
     addition of a few cents to the amount of attorney's fees claimed, the result reached is
27   unaffected.  In particular, both cities support a finding of personal jurisdiction in the
     instant forum and the calculations ultimately made are, in all respects, based on accurate
28   dates and figures.

1  plaintiff shall have judgment in its favor and against defendant in the amount of

2  $490,879.70, together with fees and costs in the amounts of $4485 and $744.78,

3  respectively, for a total of $496,109.48.

4      **IT IS SO ORDERED.**

5

6  Dated: June 23, 2020

                                            MAXINE M. CHESNEY
7                                           United States District Judge

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2